**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

June 19, 2014

Hon. Stephen Williams
Judge, 135th District Court
115 N. Bridge Street
Victoria, TX 77901

Hon. Pamela Martin  Hartgrove
District Clerk
Calhoun County Courthouse
211 S. Ann Street
Port Lavaca, TX 77979

Re:      Cause No. 13-13-00214-CR
Tr.Ct.No. 2003-10-5964
Style:    EDWARD LEE JAYCOX v. THE STATE OF TEXAS

Dear Sir/Madam:

    Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Mr. Edward Lee Jaycox
     TDCJ# 1848701
     Ms. Dorinda K. Norrell
     Hon. David Alan Disher
     Hon. Dan W. Heard